Included 1-Trust Fund Printout
3-31-21
8) Pages

# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) TyGanda Gilmore # 13255171
(Name of Plaintiff)    (Inmate Number)
F.C.C-Allenwood-U.S.P
P.O. Box 3000, White deer, PA 17887
(Address)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) ~~the thing~~ / Warden, e.T.C, Al
(2) mr. Fox, Correctional officer
(3) mr. Vrabel, Correctional officer
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

4:21-CV-0619
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON
APR 05 2021
PER _____
DEPUTY CLERK

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                      ✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Tyganda Gilmore #13255171 Vs. Warden, e.T, Al Case # 6:16cv286, 2016 Appeal # 16-6839 and 19-5237-Remanded back, From 2016-To-Present. Still active on staff c/o misconduct, about Excessive force & Assaults/Abuse done Intentionally, Wantonly in a Threaten Matter.

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes ___ No  Both

C. If your answer to "B" is Yes:

1. What steps did you take? I tryed to File on Remedies at the Institutional level, but Case manager or unit team trash Remedies.

2. What was the result? it depend what I Put in Remedies But Basically if it's about Staff assualts or Excessive force, its trashed.

D. If your answer to "B" is No, explain why not: Some i try to, but I stop because I Was threaten by unit team & shu C/O and Lieutenants of body-Harm.

## III. DEFENDANTS

(1) Name of first defendant: Lieutenant, Mr. Rosler
Employed as Lieuntenant at U.S.P- Canaan
Mailing address: P.O. Box 300, Waymart, PA 18472

(2) Name of second defendant: Lieutenant, Mr. Helms
Employed as Lieuntenat at U.S.P- Canaan
Mailing address: P.O. Box 300 Waymart, PA 18472

(3) Name of third defendant: Lieutenant, Mr. Hicks
Employed as Lieutenant at U.S.P- Canaan
Mailing address: P.O. Box 300, Waymart, PA 18472

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On April 16, 2019, between 7:00 & 10:30am, in Special Housing Unit, I was (Threaten) and called a (snitch) which Put my life in danger by these C/O's because my Cooperation With the U.S. Attorney & Law Enforcement, then these C/O's Created this Fabricated Incident Reports on me because the mention above and Stating I'm a sex offender, misleading my Past state conviction about my ex-Girl friend, to these ── 2 Inmates puting my life in danger.

These c/o's Involve was (Mr. Vrobel)(Mr. Turner) at the moment I don't have the other c/o's names. These created this Incident, Intentionally, wantonly and sadistically to cause Harm, using (Excessive force)(after I Cuffed-up) See Attachment — Page ①

2. On, April, 17, 2019 - between 7:00 & 3:00, in special Housing Unit, lieutenant, Mr. Helms, Intentionally, Wantonly and Sadistically to cause Harm, tighten my Restraints, because after He ask me if Im Ready - to take a Cellmate, I said no you cant force me To take a Cell-mate, then use Restraints to Intimidate & torture me which is Excessive force, the threaten me say Im a Snitch.

3. N/A SEE Attachment Page ②

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I Request Compensatory and punitive damages, Cost if the Wrongfull act was done Intentionally and Maliciously. & for mental Suffering. and Excuse my Remedies because I was denyed Remedies because they Was trashed after I turn them in Which I was deprived of my Rights.

2. I Request the Judge act on (my Excessive force claims) and my (deprive of a Right Act) to File Remedies that Was trashed by my Unit team if it had anything to do with these staff Misconduct. in Violation of a Constitutional secured Right under 1, 4, 5, 6, 8, 14 — Admenment amendments

3. I Request Judge order all law Im entitle to be appropriately done as to this good - faith Action, so these Correctional officer be Held accountable in their Indivisual Capacity. also for Judge To consider my timing of Remedies Violation and my time Remaining To Release Home on 4-9-21, to Excuse my Remedies to courts.

3

God Bless

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31__ day of __March__, 20 __21__.

_____Tyqanda Gilmore_____
(Signature of Plaintiff)

To: U.S. Dist. Court of PA
235 N. Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148

5-31-21

Page ①

Civil Rights under 42 USC 1983 Bivens Action

From: Tyganda Gilmore #1325517
F.C.C.-Allenwood-U.S.P
P.O. Box 3000
White Deer, PA 17887

ⓧ Case # To be Provided by Court Clerk ___N/A___

Tyganda Gilmore #1325517
     Plaintiff
        vs
Warden, etc, al

FILED
SCRANTON
APR 05 2021
PER _____/_____ DEPUTY CLERK

I bring to this court, under (42 USC 1983 Bivens Action) on defendants

On April, 16 2019 (between 7:00 and 10:30 AM) Special Housing Unit) Mr. Rosler-L.T, C/O's - (Mr. Vrabel)(Mr. Turner)(and at the moment I don't have other C/O's names.) These, C/O's created this Incident Intentionally, Wantonly and Sadistically to cause Harm to me (using excessive-force)(after I cuffed-up), (tightening my Hand-cuff Intentionally, Sadistically)(to try to Intimidate-me)(because I Refuse to take cell-mate) under C/O's trying to force me to I was Then place in A Holding-tank down stair - in Special-Housing-unit, then C/O's took my cuffs off, - (Mis-use of power by going to get a use-of-force team to Extract me out the Hold-tank, because I stated to C/O's yall cant force me to take a cell-mate.

I was then place In 4-Points-Restraints - Intentionally, Wantonly as to factors Intimidation, torture, and Excessive-force - to cause harm to me Intentionally, Sadistically and not in Good-faith.

On, April, 17 2019 - between 7:00 and 3:00) Special Housing unit Lieutenant (L-T) Mr. Helms, Intentionally, Wantonly and Sadistically to cause Harm, tighten my Restraints, because After He ask me if I'm Ready-to-take a cell-mate, I said no - thats why He tighten my Restraints, using excessive-force, Intimidation and torture with the Restraints -(to cause so-much-Pain)-(To Where I Will Give-in to take Celly)

Civil Rights under 42 usc 1983 Bivens Action
✳ CASE# To be Provided by Court Clerk ___N/A___

On (September 16, 2019 at 8:30)(Special Housing Unit), (C/O - Mr. Orth) (Fabricated this Incident)(about covering cell-window) then on top of It, Fabricated - That I threaten Him) because I stated to him Im Gone to file grievance on Him, and also He can not Retaliate against me because my Civil Law suits being litigated in the courts, then He started (telling the Inmates on the Range Im (cooperating with the (Law-enforcements)(U.S. Attorneys) and (Im a snitch) for me trying to exercise - My - Right to Courts oR Remedies, Which is in Violation of (Free-Speech)(Retaliation)(Harassment) (abuse-of-Power)(of)Constitutional - Rights of a prisoner Putin my Life in danger saying Im a snitch to other Inmates; Telling them Im a sex offender, ReGarding to my Past state Conviction.

On (September 17, 2019 at 5:25)(Special Housing unit) C/O Mr. Fox, Mr Hicks lied/Fabricated Incident) about Fight/Assault on Inmate J. Carter-smith. - (the C/O-Mr. Fox look in cell and said I dont like Check-in's)-(P.C - Protected-Costudy) - While Me and Cell-mate Was eating, Next thing I Know - I Hered Restraint-Slot open, and as Went to look - (Mr. Fox, Was sparying Mace/peper-spary Into the Cell - Intentionally, Wantonly and - Sadistically to Cause Harm - Intentionally used an excessive amount of peper spary on us When it Was Never a Fight/Assault going on - (And the lack of - Effort to temper the effect of pepery spary Provided an Inference that Mr. Fox and Lieutenant, Mr. Hicks - Wantonly Inflicted pain on me because they Said Im a snitch, Cooperated With Law enforcement, U.S. Attorney.



INMATE NAME/NUMBER: TyGanda Gilmore #13255171
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD U.S.P
P.O. BOX 3000
WHITE DEER, PA 17887

Mailed From US Penitentiary

APR 0 1 2021

HARRISBURG PA
2 APR 2021

RECEIVED
SCRANTON
APR 0 5 2021
PER_____ DEPUTY CLERK

U.S. Dist. Court of PA
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

4-1-21
* LEGAl Mail *

18501-114848